No. 89–209. BURRIS v. SOCIAL SECURITY ADMINISTRATION ET AL. C. A. Fed. Cir. Certiorari denied.

No. 89–210. AMOS ET UX. v. BLUE CROSS BLUE SHIELD OF ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–214. EARTH v. CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 89–215. APARO v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 89–218. LEONARD v. TOWN OF HERNDON, VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 89–221. HEARN ET UX. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 89–226. TOLLIVER ET AL. v. ODOM ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–230. KALVANS v. SAMARITAN HEALTH CENTER. Ct. App. Mich. Certiorari denied.

No. 89–239. DOYLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–249. KENNA v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–251. EPIC METALS CORP. v. H. H. ROBERTSON CO. C. A. Fed. Cir. Certiorari denied.

No. 89–253. PINKHAM v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 89–262. BORUFF v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–277. EVERETT v. SECRETARY OF THE ARMY ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–285. DELANEY v. GIBBS ET AL. C. A. 8th Cir. Certiorari denied.